## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASMINE BROWN**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 21-1387-KSM** |
| **HARRY WHITE, et al.**, | |
| Defendants. | |

## ORDER

**AND NOW**, this 25th day of May, 2022, upon consideration of Defendants' Partial Motion for Summary Judgment as to Punitive Damages (Doc. No. 30), Plaintiff's Brief in Opposition to Defendants' Partial Motion for Summary Judgment (Doc. No. 32), and Defendants' Memorandum of Law in Reply to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Doc. No. 33-1), it is **ORDERED** that the motion is **DENIED** as to Counts I, II, and IV.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____

**KAREN SPENCER MARSTON, J.**